UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED
October 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,       )
                                )    Case No. MAG 05-0283 DAD
            Plaintiff,          )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
JESUS BECERRA HUERTA,           )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESUS BECERRA HUERTA , Case No. MAG 05-0283 DAD , Charge  17 § 506(a); 18 § 371,2319,2318,2320, 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    X Bail Posted in the Sum of $_____

        X Unsecured Appearance Bond $ 100,000

        \_\_ Appearance Bond with 10% Deposit

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

        X (Other) _with Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on October 6, 2005 at 2:55 p.m.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal