QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-447 GEB | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** | |
| v. ) | | |
| JESUS HUERTA, et al., ) | | |
| Defendants. ) | Date: February 17, 2006<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. | |

It is hereby stipulated between the parties, Robin R. Taylor, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for January 13, 2006, be vacated and a new status conference hearing date of February 17, 2006 at 9:00 a.m. be set.

This continuance is being requested to allow defense counsels adequate time to review discovery with their respective clients and to discuss an anticipated proposed plea agreement from the government.

The parties, through their respective counsel, hereby stipulate

1 and agree that the status conference currently scheduled for
2 January 13, 2006, be continued until February 17, 2006, at 9:00 a.m.
3     The parties further stipulate and agree that the time period
4 between January 13, 2006, and February 17, 2006,  be excluded under the
5 Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due
6 to the need to provide defense counsel with the reasonable time to
7 prepare.
8 Dated: January 12, 2006
9                                         QUIN DENVIR
                                         Federal Defender
10
11                                        /s/ Daniel J. Broderick
                                         _____
12                                        DANIEL J. BRODERICK
                                         Chief Assistant Federal Defender
13                                        Attorney for Defendant
                                         JESUS HUERTA
14
15                                        /s/ Daniel J. Broderick for
                                         _____
16                                        TIMOTHY E. WARRINER, ESQ.
                                         Attorney for Defendant
17                                        ROSA ISELA HUERTA
18
19 Dated:  January 12, 2006               MCGREGOR W. SCOTT
                                         United States Attorney
20
21                                        /s/ Daniel J. Broderick for
                                         _____
22                                        ROBIN R. TAYLOR
                                         Assistant U.S. Attorney
23                                        Attorney for Plaintiff
24                     -----------
25     Pursuant to the stipulation filed by the parties, and for the
26 reasons stated therein, IT IS HEREBY ORDERED that the status conference
27 currently scheduled for January 13, 2006, be continued until
28 February 17, 2006 at 9:00 a.m.

Stip. Continuing Status Conference       2

1   IT IS FURTHER ORDERED that the time period between January 13,
2  2006, and February 17, 2006, be excluded under the Speedy Trial Act (18
3  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
4  provide defense counsel with the reasonable time to prepare.
5  Dated:   January 13, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```