DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-05-447 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JESUS HUERTA, et al., | ) | |
| Defendants. | ) | Date:  March 30, 2007<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff; Timothy E. Warriner, attorney for defendant, ROSA ISELA HUERTA; and Daniel J. Broderick, attorney for defendant, JESUS HUERTA, that the status conference presently scheduled for March 16, 2007 be vacated and a new status conference hearing date of March 30, 2007 at 9:00 a.m. be set.

This continuance is requested as counsel for Jesus Huerta will be out of the district.  Additionally, the parties continue evaluating additional information provided by the defendants with ongoing discussions regarding resolution.  Factual investigation of the case continues which will likely bear on the resolution.

1  The parties, through their respective counsel, hereby stipulate
2  and agree that the status conference currently scheduled for
3  March 16, 2007 be continued until March 30 at 9:00 a.m.
4  The parties further stipulate and agree that the time period
5  between March 16, 2007 and March 30, 2007 be excluded under the Speedy
6  Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the
7  need to provide defense counsel with the reasonable time to prepare.
8  Dated: March 13, 2007

Respectfully submitted,

/s/ Daniel J. Broderick
_____
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
JESUS HUERTA

/s/ Daniel J. Broderick for
_____
TIMOTHY E. WARRINER, ESQ.
Attorney for Defendant
ROSA ISELA HUERTA

Dated:  March 13, 2007          MCGREGOR W. SCOTT
                                United States Attorney

/s/ Daniel J. Broderick for
_____
ROBIN R. TAYLOR
Assistant U.S. Attorney
Attorney for Plaintiff

------------

Pursuant to the stipulation filed by the parties, and for the reasons stated therein, IT IS HEREBY ORDERED that the status conference currently scheduled for March 16, 2007, be continued until March 30, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that the time period between March 16, 2007

Stip. Continuing Status Conference      2

1  and March 30, 2007, be excluded under the Speedy Trial Act (18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
3  defense counsel with the reasonable time to prepare.
4  Dated:  March 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. Continuing Status Conference          3