McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-05-447-GEB |
| Plaintiff, | ) ) ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| JESUS HUERTA, | ) ) | |
| Defendant. | ) ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jesus Huerta, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 17 U.S.C. §§ 506(b) and 509(a), and 18 U.S.C. § 2318(d), defendant Jesus Huerta's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Approximately 54,009 CD's seized in September 2005 and on October 6, 2005, and

    b.  Approximately 1,302 DVD's seized in September 2005 and on October 6, 2005.

2.  The above-listed properties constitute articles to which counterfeit labels or illicit labels have been affixed or which

1

1 were intended to have such labels affixed in violation of 17
2 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1).  In addition,
3 the CD's and DVD's seized in this case may be forfeited and
4 destroyed pursuant to 17 U.S.C. §§ 506(b) and 509(a), as copies
5 manufactured, reproduced, distributed, sold, or otherwise used,
6 intended for use, or possessed with intent to use in violation of
7 17 U.S.C. § 506(a).

8     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
9 designee) shall be authorized to seize the above-described
10 properties.  The aforementioned properties shall be seized and
11 held by the Department of Homeland Security, U.S. Secret Service,
12 in its secure custody and control.

13     4.  a.  Pursuant to Federal Rules of Criminal Procedure
14 Rule 32.2 and Local Rule 83-171, the United States forthwith
15 shall publish at least once for three successive weeks in the
16 <u>Stockton Record</u> (San Joaquin County) and the <u>San Jose Post Record</u>
17 (Santa Clara County), newspapers of general circulation located
18 in the counties in which the above-described properties were
19 seized, notice of this Order, notice of the Attorney General or
20 Secretary of the Department of Homeland Security's intent to
21 dispose of the properties in such manner as the Attorney General
22 or Secretary may direct, and notice that any person, other than
23 the defendant, having or claiming a legal interest in the above-
24 listed forfeited properties must file a petition with the Court
25 within thirty (30) days of the final publication of the notice or
26 of receipt of actual notice, whichever is earlier.

27     b.  This notice shall state that the petition shall be
28 for a hearing to adjudicate the validity of the petitioner's

2

1  alleged interest in the properties, shall be signed by the
2  petitioner under penalty of perjury, and shall set forth the
3  nature and extent of the petitioner's right, title, or interest
4  in the forfeited properties and any additional facts supporting
5  the petitioner's claim and the relief sought.
6         c.  The United States may also, to the extent
7  practicable, provide direct written notice to any person known to
8  have alleged an interest in the properties that are the subject
9  of the Order of Forfeiture, as a substitute for published notice
10 as to those persons so notified.
11     5.  If a petition is timely filed, upon adjudication of all
12 third-party interests, if any, this Court will enter a Final
13 Order of Forfeiture pursuant to 17 U.S.C. §§ 506(b) and 509(a),
14 and 18 U.S.C. § 2318(d), in which all interests will be
15 addressed.

Dated:  August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge