UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
DUnited States District Judge
Sacramento, California

                      RE:    Jesus Becerra HUERTA
                              Docket Number:  2:05CR00447-01
                              PERMISSION TO TRAVEL
                              OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Guadalajara, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 14, 2007, Mr. Huerta was sentenced for the offense(s) of 18 USC 371 - Conspiracy to Commit Criminal Copyright Infringement, Traffic in Counterfeit Labels, and Commit Criminal Trademark Violations, and 17 USC 506(a)(1)(A) and 18 USC 2319(b)(1) - Criminal Copyright Infringement (Class D Felonies).

**Sentence imposed:** 24 months custody of the Bureau of Prisons, 36 month term of supervised release, and $200 special assessment (which he has paid). Special conditions include: Submit to search and financial disclosure.

**Dates and Mode of Travel:** April 23, 2011 to May 7, 2011. Will be flying by Volaris Airlines leaving through LAX Airport.

**Purpose:** To attend niece's wedding and visit family. Will be staying at his sister's house and will be traveling with his son.

**RE:    Jesus Becerra HUERTA**
    **Docket Number:   2:05CR00447-01**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Michael A. Sipe
**MICHAEL A. SIPE**
Supervising United States Probation Officer

**DATED:**    January 27, 2011
    Sacramento, California
    MAS/cp

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

**Dated:  January 28, 2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge